IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ayyad, Nadia A | Case Number: 07 B 23550 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,180.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,103.30 |
| Trustee Fee: | | 76.70 |
| Other Funds: | | 0.00 |
| Totals: | 1,180.00 | 1,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 2,550.00 | 1,103.30 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Citi Residential Lending Inc | Secured | 4,400.78 | 0.00 |
| 6. | Ocwen Loan Servicing LLC | Secured | 13,728.62 | 0.00 |
| 7. | Cook County Department of Rev | Priority | 966.97 | 0.00 |
| 8. | Wells Fargo | Unsecured | 354.72 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 4,634.31 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,008.89 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 641.45 | 0.00 |
| 12. | Chase Bank | Unsecured | 606.87 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 116.55 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 2,676.11 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 795.08 | 0.00 |
| 16. | GE Money Bank | Unsecured | 426.00 | 0.00 |
| 17. | Discover Financial Services | Unsecured | 1,200.74 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 805.25 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 2.50 | 0.00 |
| 20. | ACL Laboratories | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Agent Insurance Services | Unsecured | | No Claim Filed |
| 23. | Account Recovery Service | Unsecured | | No Claim Filed |
| 24. | Chase Bank | Unsecured | | No Claim Filed |
| 25. | Credit Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ayyad, Nadia A | Case Number: 07 B 23550 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 12/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 27. | Chase Bank | Unsecured | | No Claim Filed |
| 28. | MRSI | Unsecured | | No Claim Filed |
| 29. | Midwest Anesthesiologists | Unsecured | | No Claim Filed |
| 30. | Mountain States Commercial Card | Unsecured | | No Claim Filed |

$ 34,914.84     $ 1,103.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 76.70 |

$ 76.70

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_